UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 5:22-cr-00024-GFVT-MAS |
| v. | ) ) ) | **ORDER** |
| ALLANTE RAMONE BROWN, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 60.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *See id.* at 3. Neither party has objected, and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Brown knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Allante Ramone Brown is **ADJUDGED** guilty of Count One of the Indictment;[1] and

3. The Defendant's Jury Trial is **CANCELLED**.

---

[1] Judge Stinnett's recommendation also references forfeiture. Because the United States subsequently moved for a preliminary judgment of forfeiture, the Court will rule on the matter by separate order.

This the 4th day of April, 2023.

Gregory F. Van Tatenhove
United States District Judge